UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:24-cv-00640-SSS-SPx | Date | October 10, 2024 |
| Title | *A.S. v. Riverside County Sheriff's Department, et al.* | | |

Present: The Honorable　SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE CONSOLIDATED WITH RELATED CASES**

On March 26, 2024, Plaintiff filed this lawsuit against Defendant Riverside County Sheriff's Department and related entities and individuals. [Dkt. 1]. Plaintiff alleges she was sexually abused by Defendant Christian Heidecker while participating in the Riverside Alternative Sentencing Program. Six other lawsuits were filed on behalf of other plaintiffs by the same counsel against the same defendants alleging similar conduct on the same day. Including the present lawsuit, the seven lawsuits are:

*A.S. v. Riverside County Sheriff's Department et al.*, 5:24-cv-00640;
*K.P. v. Riverside County Sheriff's Department et al.*, 5:24-cv-00641;
*J.C. v. Riverside County Sheriff's Department et al.*, 5:24-cv-00642;
*A.R. v. Riverside County Sheriff's Department et al.*, 5:24-cv-00643;
*C.A. v. Riverside County Sheriff's Department et al.*, 5:24-cv-00644;
*Y.V. v. Riverside County Sheriff's Department et al.*, 5:24-cv-00645; and
*A.M. v. Riverside County Sheriff's Department et al.*, 5:24-cv-00646.

On June 28, 2024, an eighth plaintiff filed another lawsuit with different counsel, though her complaint appears substantially similar to the previously filed seven cases. *O.C. v. County of Riverside et al.*, 5:24-cv-01358-SSS-SPx.

After reviewing the complaints in these eight cases, the parties are **ORDERED TO SHOW CAUSE** why the cases should not be consolidated pursuant to Federal Rule of Civil Procedure 42. The parties and their counsel are asked to disclose any other pending federal litigation arising from the same course of conduct of which they are aware. The parties must respond in writing by **November 8, 2024**. A hearing is set on this matter on **November 15, 2024, at 1:00 p.m. via Zoom videoconference**.

**IT IS SO ORDERED.**